UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAROMINE A. MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>EDUCATIONAL TESTING SERVICE,<br><br>Defendant. | Civil Action No. 3:21-cv-19011 (FLW)(RLS)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

**IT IS HEREBY** stipulated and agreed by and between the undersigned, Plaintiff Sharomine A. Martin and counsel for Defendant Educational Testing Service, that the Complaint and all claims asserted in the above-captioned matter against the Defendant are dismissed with prejudice and without costs, expenses, or attorneys' fees being awarded to any party.

**SHAROMINE A. MARTIN**
Plaintiff

_____
Sharomine A. Martin
22 West Spring Ave.
Ardmore, PA 19003
T. (480) 206-7256
sharomine@hotmail.com

Dated: July 7, 2022

**K&L GATES LLP**
Counsel for Defendant
Educational Testing Service

_____
Vincent N. Avallone
One Newark Center – 10th Floor
Newark, NJ 07102
T. (973) 848-4000
F. (973) 848-4001
vincent.avallone@klgates.com

Dated: July 7, 2022